IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NOLITA C U ARNOLD                                                        PLAINTIFF

v.                              No. 4:15-cv-599-DPM

ST. VINCENT HEALTH CHI SVI                                            DEFENDANT

## ORDER

1. Arnold's motion to proceed *in forma pauperis*, № 1, is granted. Considering income, expenses, responsibilities, and debts, Arnold cannot afford the filing fee.

2. Arnold's motion for appointment of counsel, № 3, is denied without prejudice. The case isn't complex. Arnold did well in some college courses. She seems to have a handle on the facts. She and the Court therefore aren't likely to benefit substantially from appointed counsel at this point. *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996).

3. The Court must screen Arnold's complaint, № 2, before ordering service. 28 U.S.C. § 1915(e)(2). Even construed liberally, the complaint lacks specific facts showing entitlement to relief. FED. R. CIV. P. 8(a). Arnold sees a discriminatory motive behind her being used in a floating job position, being denied leave, and being fired. But Arnold doesn't specifically tie these actions

to her race, color, or disabled status. She also lists other claims without elaboration: endangerment; whistle-blower retaliation; and slander. These conclusory claims are too vague to support relief.

**4.** If Arnold wants to proceed, then she must clarify her claims. On the disability point: what was Arnold's disability; how did being used in a floating position affect that disability; and was the disability part of being denied leave and fired? On race and color: how were Arnold's race and color part of what happened—was she treated differently than employees of another race? On the other claims: how was Arnold endangered at work; how was she a whistle-blower; and what false things did St. Vincent say about her, and to whom?

**5.** Arnold must file an amended complaint by 13 November 2015 clarifying these points and stating how St. Vincent violated the law. If she does not, her case will be dismissed without prejudice. If she files an amended complaint, the Court will screen it and consider service.

So Ordered.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 October 2015

-2-