IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NOLITA C U ARNOLD                                               PLAINTIFF

v.                          No. 4:15-cv-599-DPM

ST. VINCENT HEALTH CHI SVI                                      DEFENDANT

ORDER

The Court will hold a hearing on Arnold's recusal motion, № 8, on Wednesday, 18 November 2015, at 9:30 a.m. in Room B155 in the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, 72201.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 November 2015