# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**NOLITA C U ARNOLD**                                              **PLAINTIFF**

v.                              No. 4:15-cv-599-DPM

**ST. VINCENT HEALTH CHI SVI**                                    **DEFENDANT**

## ORDER

**1.** Ms. Arnold has moved that I recuse in this case. № 8. I set a hearing on her motion for today. № 9. Ms. Arnold did not appear. So I'll decide on the papers.

**2.** The motion is denied. The governing law is 28 U.S.C. § 455. I have not acted as a lawyer in this case. I granted Ms. Arnold's motion to proceed *in forma pauperis*, screened her complaint, directed an amended complaint clarifying her claims, and denied her motion for appointed counsel. № 5. I have acted only as a judge. Contrary to Ms. Arnold's motion, I don't know anything about the facts. I am not affiliated with the University of Arkansas. I am not an alumni of any U of A institution. Twenty-five years ago, I taught some classes at the University of Arkansas at Little Rock. But that work is too distant in time, and too unrelated to St. Vincent, to create any actual bias or the appearance of bias. I'm not sure exactly what Ms. Arnold is talking about

on the copies. I granted her motion for copies, and the Clerk mailed them to her. № 7. Ms. Arnold's motion seems prompted by my denying her request for appointed counsel and by my ordering that she clarify her claims. Adverse rulings, though, are almost never a sufficient basis for recusal. The remedy for any disappointed litigant, including Ms. Arnold, is to appeal at the end of the case, not look for a different judge. *Dossett v. First State Bank*, 399 F.3d 940, 952–53 (8th Cir. 2005). A person on the street corner, knowing all the facts and circumstances, could not reasonably question my impartiality in presiding over this case.

3. Ms. Arnold's deadline, № *5 at 2*, for filing an amended complaint was 13 November 2015. She has not done so, and the deadline has passed. In the circumstances, the Court extends her deadline until 2 December 2015. If Ms. Arnold does not file an amended complaint clarifying her claims by that date, the Court will dismiss her case without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*18 November 2015*