IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NOLITA C U ARNOLD                                                                                   PLAINTIFF

v.                                              No. 4:15-cv-599-DPM

ST. VINCENT HEALTH CHI SVI                                                                      DEFENDANT

ORDER

The Court screened Arnold's complaint and ordered her to re-plead by 13 November 2015. № 5. The Court told Arnold that if she didn't file an amended complaint by that date, her case would be dismissed without prejudice. Arnold then asked me to recuse. № 8. The Court held a hearing on her motion. № 9. Arnold didn't appear or file any paper saying why she didn't come to the hearing. In the meantime, her deadline to re-plead had passed. The Court denied Arnold's recusal motion but gave her more time to amend her complaint. № 11. That deadline, 2 December 2015, has passed too. Arnold still has not amended her deficient complaint. This case will therefore be dismissed without prejudice.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 December 2015