IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NOLITA C U ARNOLD                                                          PLAINTIFF

v.                          No. 4:15-cv-599-DPM

ST. VINCENT HEALTH CHI SVI                                         DEFENDANT

JUDGMENT

Arnold's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 December 2015